COM.

v.

GRAY, E.

213 WDA 2017

Superior Court of Pennsylvania.

8/18/2017

CP–62–CR–0000080–2013
(Warren)

Affirmed

■

COM.

v.

ROMANELLI, A.

2114 EDA 2015

Superior Court of Pennsylvania.

08/21/2017

CP–51–CR–0300422–2005
(Philadelphia)

Vacated/Remanded

■

COM.

v.

TILLMAN, R.

2548 EDA 2015

Superior Court of Pennsylvania.

08/21/2017

CP–51–CR–0013603–2013
(Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

■

COM.

v.

BURTON, J.

1055 EDA 2016

Superior Court of Pennsylvania.

08/21/2017

CP–46–CR–0000116–2013 (Montgomery)

Affirmed—Application to Withdraw as Counsel Granted